Shaikhabdul Waheed, Plaintiff-Appellant,
against
Habib Bank Limited, Defendant-Respondent.



Plaintiff appeals, as limited by his brief, from so much of an order of the Civil Court of the City of New York, New York County (Debra Rose Samuels, J.), entered December 14, 2015, as failed to consider his unpleaded discrimination claim and granted defendant's motion to dismiss the complaint.




Per Curiam.
Order (Debra Rose Samuels, J.), entered December 14, 2015, affirmed, with $10 costs.
The motion court correctly dismissed the complaint as time-barred (see CPLR 3211[a][5]). The parties' submissions established without contradiction that plaintiff's employment was terminated on October 18, 1995. Accordingly, this 2015 action for unpaid wages and other compensation is barred by the six-year Statute of Limitations, whether the claim is based in contract (see CPLR 213[2]; Mishalove v Goldfarb, 260 AD2d 219 [1999], lv denied 94 NY2d 815 [1999]) or the provisions of the Labor Law (see Labor Law § 198[3]). The unpleaded disability discrimination claim under the Americans With Disability Act, raised for the first time by plaintiff in opposition to defendant's dismissal motion, even if considered, would also be time-barred (see 42 USC § 2000e—5[e][1]; Martinez-Tolentino v Buffalo State Coll., 277 AD2d 899 [2000]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 11, 2016